1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED

08 MAR 27 PM 2: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ (r _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Civil No. '08 CV 0577 WQH JMA
                                     )
11                 Plaintiff,        )   COMPLAINT FOR
                                     )   FORFEITURE
12        v.                         )
                                     )
13  $18,152.00 IN US CURRENCY,       )
                                     )
14  ONE 2002 VOLKSWAGEN JETTA,       )
    BAJA CA LICENSE NO. AHF7024,     )
15  VIN# 3VWRV09M92M145274,  ITS     )
    TOOLS AND APPURTENANCES,         )
16                                   )
                   Defendants.       )
17  _____)

18        By way of complaint against the defendants,

19              $18,152.00 IN US CURRENCY, and

20              ONE 2002 VOLKSWAGEN JETTA BAJA CA LICENSE NO. AHF7024
                VIN# 3VWRV09M92M145274,ITS TOOLS AND APPURTENANCES,
21

22  (hereinafter "defendants"), the United States of America alleges:

23        1.     This Court has jurisdiction over this action by virtue of the provisions of Title 28,

24  United States Code, Section 1355, and Title 21, United States Code, Section 881.

25        2.     Venue is proper in this district pursuant to Title 28, United States Code, Section 1395,

26  because the defendants were found within this district.

27  //

28  //

2008V00059:DMM:tlr

3.    On November 2, 2006, Drug Enforcement Agents requested a court ordered wiretap for authorization to intercept communications from a Mexican Nextel cellular telephone. The order was signed by a San Diego Superior Court Judge. The request was part of an investigation into a source of supply for kilogram quantities of cocaine in Souther California. During the first couple weeks of the wiretap, agents intercepted drug related phone calls.

On November 19, 2006, agents intercepted calls between an individual known as "Rambo", and another individual known as "Valentin." Valentin was the owner of the cellular phone targeted by the wiretap. Valentin lives in Mexico and his last name is unknown. Through their training and experience, agents believed the conversations pertained to a currency pick up by a courier the next day. On November 20, 2006, agents intercepted a call between Valentin and Rene Camacho-Garcia agreeing to meet at a restaurant in Tijuana. Shortly after that call another call was placed by Valentin to an individual identified as Alex. Valentin told Alex he was going to meet "Facheli" to give him $100 for gas. About two hours later, another call was placed from Rambo to Valentin. During this call, Valentin told Rambo to expect a call from his man Facheli because he was going to come pick up the paper that was missing. Agents believed this to be code for currency. Valentin also told Rambo it would be Facheli's first time going there. About a minute later Valentin placed another call to Rambo, and told him to remind Facheli to give Rambo the medicine he had asked for. He also said Facheli would meet him in one to one and a half hours.

Later that same day at approximately 2:40 p.m., agents set up surveillance at the residence of Rambo. At 3:00 p.m. agents observed Rambo leave his residence and drive past them. Agents followed him to an El Pollo Loco Restaurant located near by. Rambo pulled into a parking space two spaces away from a red Volkswagen Jetta bearing Baja California license plate AHF7024. The Jetta was registered to Maria Amparo. Agents observed a male later identified as Rene Camacho-Garcia exit the El Pollo Loco restaurant and remove a small brown bag from inside the Jetta. Camacho-Garcia walked to the drivers side of Rambo's vehicle and handed Rambo the bag. Rambo then handed back to Camacho-Garcia a light colored bag. Camacho-Garcia returned to the Jetta and opened the passenger door. Both individuals then left the parking lot in their respective vehicles.

//

1    Agents maintained surveillance on the Jetta and Camacho-Garcia as he proceeded down
2    the 5 freeway south towards San Diego. During this time, a call was intercepted between Valentin and
3    Rambo. Valentin asked Rambo if he had already seen the guy, and Rambo responded that the guy had
4    already left. One minute later Valentin called Camacho-Garcia and Camacho-Garcia told Valentin the
5    guy gave him the pieces already.   A short time later, Valentin called Camacho-Garcia again and during
6    this call Camacho-Garcia told Valentin he was being followed and that he was going to get off the
7    freeway.  Valentin responded by telling Camacho-Garcia not to worry because it was only 17 pesos, a
8    statement the agents understood to mean $17,000.00 in U.S. currency. The Jetta did exit the freeway,
9    and agents requested a marked unit with the Carlsbad police department to conduct a traffic stop on the
10   Jetta. During this traffic stop, Camacho-Garcia was identified as the driver of the Jetta. During the stop,
11   Carlsbad police officers and California Highway Patrol officers located $18,152.00 in US Currency with
12   the help of a narcotics detection trained canine. The currency was located in the hollowed-out portion
13   of the passenger side air bag. Additional calls between Camacho-Garcia and Valentin were intercepted
14   after the currency had been seized. The subject of the calls was the fact that the currency had been
15   seized.

16                                     Count 1
17                          $18,152.00 IN US CURRENCY

18       4.    Paragraphs 1-3 are incorporated as a part hereof.

19       5.    On and/or prior to November 20, 2006, the defendant currency was a thing of value
20   furnished or intended to be furnished in exchange for a controlled substance or listed chemical in
21   violation of Title 21 of the United States Code, Section 881.

22       6.    Alternatively, on and/or prior to November 20, 2006 the defendant currency represented
23   the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in
24   violation of Title 21 of the United States Code, Section 881.

25       7.    Alternatively, on and/or prior to November 20, 2006, the defendant currency was used
26   or was intended to be used to facilitate a violation of Title 21 of the United States Code, Section 881.
27   //
28   //

                                        3

8.     Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 1 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

9.     The Count 1 defendant currency is presently stored within the jurisdiction of this Court.

Count 2

ONE 2002 VOLKSWAGEN JETTA

10.     Paragraphs 1-3 are incorporated as a part hereof.

11.     On and/or prior to November 20, 2006, the Count 2 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881(a)(6).

12.     Alternatively, on and/or prior to November 20, 2006, the Count 2 defendant vehicle was used and was intended to be used to transport and/or to facilitate the transportation, and/or sale, and/or receipt, and/or possession, and/or concealment of a controlled substance in violation of Title 21 of the United States Code, Section 881(a)(4).

13.     Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 2 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) and (a)(4).

14.     The Count 2 defendant vehicle is presently stored within the jurisdiction of this Court.

15.     The value of the defendant vehicle is approximately $8,200.00.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: March 27, 2008

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

4

1                                    <u>VERIFICATION</u>

2            I, Robert Saccone, hereby state and declare as follows:

3            1.      I am a Special Agent with the United States Drug Enforcement Administration.

4            2.      I have read the foregoing complaint and know its contents.

5            3.      The information in the complaint was furnished by official Government sources. Based

6    on this information, I believe the allegations in the complaint to be true.

7            I declare under penalty of perjury that the foregoing is true and correct, to the best of my

8    knowledge and belief.

9            Executed on  3/27/2008

10

11

12                                                     ROBERT SACCONE, Special Agent
                                                       Drug Enforcement Administration

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

I (a) PLAINTIFFS

## UNITED STATES OF AMERICA

DEFENDANTS

## $18,152.00 IN US CURRENCY, et al.

FILED

'08 MAR 27 PM 2:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ CP
DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

'08 CV 0577 WQH JMA

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

SAUSA DAVID M. McNEES
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-5979

ATTORNEYS (IF KNOWN)

RICHARD M. BARNETT, ESQ.
105 WEST F STREET, 4TH FLOOR
SAN DIEGO CA 92101
(619) 231-1182

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) and (a)(4)

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] Marine | [ ] 310 Airplane | [ ] 362 Personal Injury-Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC | [ ] 410 Antitrust |
| [ ] Miller Act | [ ] 315 Airplane Product | | [x] 625 Drug Related | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] Negotiable Instrument | [ ] 320 Assault, Libel & | [ ] 365 Personal Injury - Product Liability | of Property 21 USC881 | [ ] 820 Copyrights | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of &Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Product Liability | [ ] 630 Liquor Laws | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 640 RR & Truck | [ ] 840 Trademark | [ ] 470 Racketeer Influenced Corrupt Organizations |
| [ ] 152 Recovery of Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 650 Airline Regs | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of of Veterans Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 660 Occupational | [ ] 861 HIA (1395ff) | [ ] 850 Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Liability | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 862 Black Lung (923) | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] Other Contract | [ ] 360 Other Personal | [ ] 385 Property Damage Product Liability | LABOR | [ ] 864 SSID Title XVI | [ ] 875 Customer Challenge |
| [ ] 195 Contract Product Liability | | | [ ] 710 Fair Labor Standards | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 720 Labor/Mgmt. Relations | FEDERAL TAX SUITS | [ ] 892 Economic |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Habess Corpus | [ ] 730 Labor/Mgmt. Disclosure Act | [ ] 870 Taxes (U.S. or Defendant) | [ ] 893 Environmental |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 740 Railway Labor Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 894 Energy Allocation |
| [ ] 230 Rent Lease & | [ ] 443 | [ ] 535 Death Penalty | [ ] 790 Other Labor | | [ ] 895 Freedom of |
| [ ] 240 Tort to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 900 Appeal of Fee Under Equal Access to |
| [ ] 245 Tort Product | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | | | [ ] 950 Constitutionality of |
| [ ] 290 All Other Real | | [ ] 555 Prisoner Conditions | | | [ ] 890 Other Statutory |

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES [x] NO

VIII. RELATED CASE(S) IF ANY (See      JUDGE                                        Docket Number

DATE
March 27, 2008

SIGNATURE OF ATTORNEY OF RECORD
DAVID M. McNEES, SAUSA

_David M. McNees_

CR