# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>vs.<br>$18,152.00 IN US CURRENCY, 0NE 2002 VOLKSWAGEN JETTA, BAJA CA LICENSE NO. AHF7024, VIN # 3VWRV09M92M145274, ITS TOOLS AND APPURTENANCES,<br><br>                     Defendants. | CASE NO. 08cv577 WQH (JMA)<br><br>**ORDER** |

HAYES, Judge:

      Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant property during the time it remains in the custody of this Court under its process herein,

      IT IS HEREBY ORDERED that upon the arrest of the defendant property, the United States Marshal shall be custodian of the defendant property on behalf of this Court until further order, and

      IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshal be a first charge against defendants.

DATED: April 23, 2008

                                           */s/ William Q. Hayes*<br>
                                       **WILLIAM Q. HAYES**<br>
                                       United States District Judge