RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Claimant
MARIA AMPARO GARCIA DE CAMACHO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CV-0577-WQH(JMA) |
| Plaintiff, ) | **CLAIM OF MARIA AMPARO GARCIA DE CAMACHO** |
| v. ) | |
| ONE 2002 VOLKSWAGEN JETTA, ) BAJA CA LICENSE NO. AHF7024, ) VIN# 3VWRV09M92M145274, ITS ) TOOLS AND APPURTENANCES, ) | |
| Defendant. ) | |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I, MARIA AMPARO GARCIA DE CAMACHO, hereby demand the return and restitution of the defendant vehicle, and claim the right to defend this action as an owner of the seized vehicle.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 22 day of April, 2008, at Tijuana, B.C., Mexico

_____
MARIA AMPARO GARCIA DE CAMACHO, Claimant

1

## CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on April 25, 2008, I have caused service of Claim of Maria Amparo Garcia De Camacho on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of April, 2008, at San Diego, California.

s/ Richard M. Barnett
RICHARD M. BARNETT