RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Claimant
RENE CAMACHO GARCIA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$18,152.00 IN U.S. CURRENCY,<br>ONE 2002 VOLKSWAGEN JETTA BAJA CA LICENSE NO. AHF7024, VIN# 3VWRV09M92M145274, ITS TOOLS AND APPURTENANCES,<br>Defendants. | Case No. 08-CV-00577-WQH(JMA)<br>**CLAIM OF RENE CAMACHO GARCIA** |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I, RENE CAMACHO GARCIA, hereby claim the right to defend the action as an individual with an ownership interest in the defendant currency and as the bailee of Maria Amparo Garcia De Camacho, the owner of the seized 2002 Volkswagen Jetta.

Executed this 23rd day of April, 2008, at San Diego, CA.

RENE CAMACHO GARCIA, Claimant

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on May 29, 2008, I have caused service of Claim of Rene Camacho on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of May, 2008, at San Diego, California.

s/ Richard M. Barnett
RICHARD M. BARNETT