1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No. 08-CV-0577-WQH (JMA)
                                    )
12              Plaintiff,          )  **NOTICE AND ORDER FOR EARLY**
                                    )  **NEUTRAL EVALUATION CONFERENCE**
13  v.                              )
                                    )
14  $18,152.00 IN US CURRENCY, et   )
    al.,                            )
15                                  )
                Defendants.         )
16                                  )
    _____ )

17

18      **IT IS HEREBY ORDERED** that an Early Neutral Evaluation

19  Conference will be held on **August 5, 2008** at **10:00 a.m.** in the

20  chambers of the Honorable Jan M. Adler, United States Magistrate

21  Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego,

22  California.

23      Pursuant to Rule 16.1(c) of the Local Rules of the United

24  States District Court for the Southern District of California,

25  **all named parties, all counsel, and any other person(s) whose**

26  **authority is required to negotiate and enter into settlement**

27  **shall appear in person at the conference,** shall be prepared to

28  discuss the claims and defenses, and shall be legally

1   and factually prepared to discuss and resolve the case at the

2   Early Neutral Evaluation Conference.  **The individual(s) present**

3   **at the Early Neutral Evaluation Conference with settlement**

4   **authority must have the unfettered discretion and authority on**

5   **behalf of the party to:  1) fully explore all settlement options**

6   **and to agree during the Early Neutral Evaluation Conference to**

7   **any settlement terms acceptable to the party (*G. Heileman Brewing***

8   ***Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir.**

9   **1989)), 2) change the settlement position of a party during the**

10  **course of the Early Neutral Evaluation Conference (*Pitman v.***

11  ***Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and**

12  **3) negotiate a settlement without being restricted by any**

13  **predetermined level of authority (*Nick v. Morgan's Foods, Inc.*,**

14  **270 F.3d 590, 596 (8th Cir. 2001)).**

15       Governmental entities may appear through litigation counsel

16  only.  As to all other parties, appearance by litigation counsel

17  only is not acceptable.  Retained outside corporate counsel shall

18  not appear on behalf of a corporation as the party who has the

19  authority to negotiate and enter into a settlement.  **The failure**

20  **of any counsel, party or authorized person to appear at the Early**

21  **Neutral Evaluation Conference as required will result in the**

22  **immediate imposition of sanctions.**

23       All conference discussions will be informal, off the record,

24  privileged, and confidential.

25       Counsel for any non-English speaking parties is responsible

26  for arranging for the appearance of an interpreter at the

27  conference.

28       Although the submission of statements is not required in

08cv0577

1   advance of the Early Neutral Evaluation Conference, parties may

2   submit concise statements if desired.  If a statement is

3   submitted, it shall be provided to chambers <u>no later than one</u>

4   <u>week</u> prior to the scheduled conference.[1]  If the parties submit

5   statements in connection with the Early Neutral Evaluation

6   Conference, they may either do so on a confidential basis or may

7   exchange their statements.

8        Rule 26 of the Federal Rules of Civil Procedure shall apply

9   to this case.  All discovery shall be stayed until after the Rule

10  26(f) conference, unless otherwise permitted by Rule 26(f) or

11  court order.

12       In the event the case does not settle at the Early Neutral

13  Evaluation Conference, the parties shall also be prepared to

14  discuss the following matters at the conclusion of the

15  conference:

16       1.   Any anticipated objections under Federal Rule of Civil

17  Procedure 26(a)(1) to the initial disclosure provisions of Rule

18  26(a)(1)(A-E);

19       2.   The scheduling of the Rule 26(f) conference;

20       3.   The date of initial disclosures and the date for

21  lodging the discovery plan following the Rule 26(f) conference;

22  and

23       4.   The scheduling of a Case Management Conference pursuant

24  to Rule 16(b).

25       Plaintiff's(s') counsel shall give notice of the Early

26  Neutral Evaluation Conference to parties responding to the

27

28        [1]Statements may be delivered directly to chambers, e-mailed to
efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.

3

1   complaint after May 30, 2008.

2       Questions regarding this case may be directed to the

3   Magistrate Judge's law clerk at (619) 557-5585.

4       **IT IS SO ORDERED.**

5   DATED:  May 30, 2008

6   _____
    Jan M. Adler

7   U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0577

1

2

### NOTICE OF RIGHT TO CONSENT TO TRIAL
### BEFORE A UNITED STATES MAGISTRATE JUDGE

3        IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 636(c), YOU

4   ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT

5   MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A AVAILABLE IN THE

6   CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY

7   OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

8   COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE FOR OBTAINING THE

9   CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO CONSENT.

10       YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT TO

11  CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY

12  TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE

13  JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE

14  INFORMED OF YOUR DECISION.

15       JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO

16  THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE

17  FEDERAL RULES OF APPELLATE PROCEDURE.

18

19

20

21

22

23

24

25

26

27

28