| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08CV0577 WQH(JMA) |
|---|---|
| DEFENDANT<br>$18,152.00 IN US CURRENCY, et al. | TYPE OF PROCESS<br>ARREST AND PUBLICATION |

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 APR -4 P 1:59

SOUTHERN DISTRICT OF CA...
BY: tc   DEPUTY

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DEA Case No. R2-06-0268; CATS IDs 07-DEA-476052, 476602

Attached are copies of the Complaint for Forfeiture, an ad order and Notice of Forfeiture Action. Please seize the defendants and advise of date of seizure, dates notice is published, and furnish a copy of the warrant for arrest. Note that the U.S. Marshal has been appointed as custodian.

Signature of Attorney or other Originator requesting service on behalf of:
David M. McNees/TLR   DAVID M. McNEES [SAUSA]   ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (619) 557-7366
DATE: 3/28/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 98 | District to Serve<br>No. 98 | Signature of Authorized USMS Deputy or Clerk<br>yWest | Date<br>5/29/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
Michael Tourney

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/29/08   Time: 3:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

S.D. Commerce 6/4; 6/11; 6/18

| PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|---|

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. '08 CV 0577 WQH JMA |
| Plaintiff | WARRANT FOR ARREST |
| v. | OF ACTION IN REM |
| $18,152.00 IN US CURRENCY, | |
| ONE 2002 VOLKSWAGEN JETTA, BAJA CA LICENSE NO. AHF7024, VIN# 3VWRV09M92M145274, ITS TOOLS AND APPURTENANCES, | |
| Defendants. | |

RECEIVED MAR 27 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

TO: UNITED STATES MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to attach the defendants,

$18,152.00 IN US CURRENCY, and

ONE 2002 VOLKSWAGEN JETTA BAJA CA LICENSE NO. AHF7024 VIN# 3VWRV09M92M145274, ITS TOOLS AND APPURTENANCES,

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof.

DATED:

W. SAMUEL HAMRICK, JR., Clerk

By _____
M. Cruz

(SEAL)